UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEWITT JAMAR THOMAS,

Plaintiff,

v.

MARIA VANEZUELA, et al.,

Defendants.

Case No.  2:25-cv-2939-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 17, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.)  No objections were filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The proposed findings and recommendations filed March 17, 2026 (ECF No. 5) are adopted in full.

2.  This action is dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the Court's December 19, 2025 Order.  (ECF No. 3.)

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2